# Court of Appeals
# of the State of Georgia

ATLANTA,   April 22, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1261.  HERMAN WOODS v. CITY OF RINCON.**

Herman Woods, plaintiff in the case below, seeks appellate review of the trial court's decision in the defendant's favor.  On December 6, 2012, the trial court entered summary judgment for the defendant. Woods moved for reconsideration, but the trial court denied his motion.  On October 15, 2013, 313 days after entry of the December 6 order, Woods filed a notice of appeal.[1]  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a).  The denial of a motion for reconsideration is not directly appealable.  *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  In addition, the filing of a motion for reconsideration does not extend the time for appealing the underlying judgment – in this case, the December 6 order. Id. Woods's notice of appeal, therefore, is invalid as to the order denying its motion for reconsideration and untimely as to the December 6 order.  Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  04/22/2014
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Woods directed his appeal to the Supreme Court, which transferred the case here.